| Devender Singh | Date | Hours | |
|---|---|---|---|
| | 08/08/16 | 1 | 8 |
| | 08/09/16 | 1 | 8 |
| | 08/10/16 | 1 | 8 |
| | 08/11/16 | 1 | 8 |
| | 08/12/16 | 1 | 8 |
| | 08/15/16 | 1 | 8 |
| | 08/17/16 | 1 | 8 |
| | 08/18/16 | 1 | 8 |
| | 08/19/16 | 1 | 8 |
| | 08/20/16 | 1 | 8 |
| | 08/22/16 | 1 | 8 |
| | 08/23/16 | 1 | 8 |
| | 08/24/16 | 1 | 8 |
| | 08/25/16 | 1 | 8 |
| | 08/26/16 | 1 | 8 |
| | 08/27/16 | 1 | 8 |
| | 08/29/16 | 1 | 8 |
| | 08/30/16 | 1 | 8 |
| | 08/31/16 | 1 | 8 |
| | 09/01/16 | 1.5 | 12 |
| | 09/02/16 | 1 | 8 |
| | 09/03/16 | 1.5 | 12 |
| | 09/10/16 | 1.5 | 12 |
| | 09/11/16 | 1 | 8 |
| | 09/12/16 | 2 | 16 |
| | 09/13/16 | 1.5 | 12 |
| | 09/14/16 | 1 | 8 |
| | 09/15/16 | 1.5 | 12 |
| | 09/16/16 | 1.5 | 12 |
| | 09/17/16 | 1.5 | 12 |
| | 09/18/16 | 1 | 8 |
| | 09/20/16 | 1.5 | 12 |
| | 09/21/16 | 1 | 8 |
| | 09/23/16 | 1 | 8 |
| | 09/24/16 | 1 | 8 |
| | 09/26/16 | 1 | 8 |
| | 09/27/16 | 1 | 8 |
| | 09/28/16 | 1 | 8 |
| | 10/03/16 | 1 | 8 |
| | 10/04/16 | 1 | 8 |
| | 10/05/16 | 1 | 8 |
| | 10/06/16 | 1 | 8 |
| | 10/07/16 | 1 | 8 |
| | 10/10/16 | 1 | 8 |
| | 10/11/16 | 1 | 8 |
| | 10/12/16 | 1 | 8 |

| | | |
|---|---|---|
| 10/13/16 | 1.5 | 12 |
| 10/14/16 | 1 | 8 |
| TOTAL | 53.5 | |

| Jagjit Singh | Date | Hours | |
|---|---|---|---|
| | 8/8/16 | 1 | 8 |
| | 8/9/16 | 1 | 8 |
| | 8/10/16 | 1 | 8 |
| | 8/11/16 | 1 | 8 |
| | 8/12/16 | 1 | 8 |
| | 8/15/16 | 1 | 8 |
| | 8/17/16 | 1 | 8 |
| | 8/18/16 | 1 | 8 |
| | 8/19/16 | 1 | 8 |
| | 8/20/16 | 1 | 8 |
| | 8/22/16 | 1 | 8 |
| | 8/23/16 | 1 | 8 |
| | 8/24/16 | 1 | 8 |
| | 8/25/16 | 1 | 8 |
| | 8/26/16 | 1 | 8 |
| | 8/27/16 | 1 | 8 |
| | 8/29/16 | 1 | 8 |
| | 8/30/16 | 1 | 8 |
| | 8/31/16 | 1 | 8 |
| | 9/1/16 | 1.5 | 12 |
| | 9/2/16 | 1 | 8 |
| | 9/3/16 | 1.5 | 12 |
| | 9/10/16 | 1.5 | 12 |
| | 9/11/16 | 1 | 8 |
| | 9/12/16 | 2 | 16 |
| | 9/13/16 | 1.5 | 12 |
| | 9/14/16 | 1 | 8 |
| | 9/15/16 | 1.5 | 12 |
| | 9/16/16 | 1.5 | 12 |
| | 9/17/16 | 1.5 | 12 |
| | 9/18/16 | 1 | 8 |
| | 9/20/16 | 1.5 | 12 |
| | 9/21/16 | 1 | 8 |
| | 9/23/16 | 1 | 8 |
| | 9/24/16 | 1 | 8 |
| | 9/26/16 | 1 | 8 |
| | 9/27/16 | 1 | 8 |
| | 9/28/16 | 1 | 8 |
| | 10/3/16 | 1 | 8 |
| | 10/4/16 | 1 | 8 |
| | 10/5/16 | 1 | 8 |
| | 10/6/16 | 1 | 8 |
| | 10/7/16 | 1 | 8 |
| | 10/10/16 | 1 | 8 |
| | 10/11/16 | 1 | 8 |
| | 10/12/16 | 1 | 8 |

| | | |
|---|---|---|
| 10/13/16 | 1.5 | 12 |
| 10/14/16 | 1 | 8 |
| TOTAL | 53.5 | |

| Baljinder Singh | Date | Hours | |
|---|---|---|---|
| | 08/08/16 | 1 | 8 |
| | 08/09/16 | 1 | 8 |
| | 08/10/16 | 1 | 8 |
| | 08/11/16 | 1 | 8 |
| | 08/12/16 | 1 | 8 |
| | 08/15/16 | 1 | 8 |
| | 08/17/16 | 1 | 8 |
| | 08/18/16 | 1 | 8 |
| | 08/19/16 | 1 | 8 |
| | 08/20/16 | 1 | 8 |
| | 08/22/16 | 1 | 8 |
| | 08/23/16 | 1 | 8 |
| | 08/24/16 | 1 | 8 |
| | 08/25/16 | 1 | 8 |
| | 08/26/16 | 1 | 8 |
| | 08/27/16 | 1 | 8 |
| | 08/29/16 | 1 | 8 |
| | 08/30/16 | 1 | 8 |
| | 08/31/16 | 1 | 8 |
| | 09/01/16 | 1.5 | 12 |
| | 09/02/16 | 1 | 8 |
| | 09/03/16 | 1.5 | 12 |
| | 09/10/16 | 1.5 | 12 |
| | 09/11/16 | 1 | 8 |
| | 09/12/16 | 2 | 16 |
| | 09/13/16 | 1.5 | 12 |
| | 09/14/16 | 1 | 8 |
| | 09/15/16 | 1.5 | 12 |
| | 09/16/16 | 1.5 | 12 |
| | 09/17/16 | 1.5 | 12 |
| | 09/18/16 | 1 | 8 |
| | 09/20/16 | 1.5 | 12 |
| | 09/21/16 | 1 | 8 |
| | 09/23/16 | 1 | 8 |
| | 09/24/16 | 1 | 8 |
| | 09/26/16 | 1 | 8 |
| | 09/27/16 | 1 | 8 |
| | 09/28/16 | 1 | 8 |
| | 10/03/16 | 1 | 8 |
| | 10/04/16 | 1 | 8 |
| | 10/05/16 | 1 | 8 |
| | 10/06/16 | 1 | 8 |
| | 10/07/16 | 1 | 8 |
| | 10/10/16 | 1 | 8 |
| | 10/11/16 | 1 | 8 |
| | 10/12/16 | 1 | 8 |

| | | |
|---|---|---|
| 10/13/16 | 1.5 | 12 |
| 10/14/16 | 1 | 8 |
| TOTAL | 53.5 | |

Puma Singh

| Date | Hours | |
|---|---|---|
| 08/08/16 | 1 | 8 |
| 08/09/16 | 1 | 8 |
| 08/10/16 | 1 | 8 |
| 08/11/16 | 1 | 8 |
| 08/12/16 | 1 | 8 |
| 08/15/16 | 1 | 8 |
| 08/17/16 | 1 | 8 |
| 08/18/16 | 1 | 8 |
| 08/19/16 | 1 | 8 |
| 08/20/16 | 1 | 8 |
| 08/22/16 | 1 | 8 |
| 08/23/16 | 1 | 8 |
| 08/24/16 | 1 | 8 |
| 08/25/16 | 1 | 8 |
| 08/26/16 | 1 | 8 |
| 08/27/16 | 1 | 8 |
| 08/29/16 | 1 | 8 |
| 08/30/16 | 1 | 8 |
| 08/31/16 | 1 | 8 |
| 09/01/16 | 1.5 | 12 |
| 09/02/16 | 1 | 8 |
| 09/03/16 | 1.5 | 12 |
| 09/10/16 | 1.5 | 12 |
| 09/11/16 | 1 | 8 |
| 09/12/16 | 2 | 16 |
| 09/13/16 | 1.5 | 12 |
| 09/14/16 | 1 | 8 |
| 09/15/16 | 1.5 | 12 |
| 09/16/16 | 1.5 | 12 |
| 09/17/16 | 1.5 | 12 |
| 09/18/16 | 1 | 8 |
| 09/20/16 | 1.5 | 12 |
| 09/21/16 | 1 | 8 |
| 09/23/16 | 1 | 8 |
| 09/24/16 | 1 | 8 |
| 09/26/16 | 1 | 8 |
| 09/27/16 | 1 | 8 |
| 09/28/16 | 1 | 8 |
| 10/03/16 | 1 | 8 |
| 10/04/16 | 1 | 8 |
| 10/05/16 | 1 | 8 |
| 10/06/16 | 1 | 8 |
| 10/07/16 | 1 | 8 |
| 10/10/16 | 1 | 8 |
| 10/11/16 | 1 | 8 |
| 10/12/16 | 1 | 8 |

| 10/13/16 | 1.5 | 12 |
| 10/14/16 | 1 | 8 |
| TOTAL | 53.5 | |

Dulla Singh

| Date | Hours | |
|------|-------|---|
| 08/08/16 | 1 | 8 |
| 08/12/16 | 1 | 8 |
| 08/13/16 | 1 | 8 |
| 08/17/16 | 1 | 8 |
| 08/24/16 | 1 | 8 |
| 08/25/16 | 1 | 8 |
| 08/26/16 | 1 | 8 |
| 08/27/16 | 1 | 8 |
| 08/29/16 | 1 | 8 |
| 08/30/16 | 1 | 8 |
| 08/31/16 | 1 | 8 |
| 09/02/16 | 1 | 8 |
| 09/03/16 | 1 | 8 |
| 09/07/16 | 1 | 8 |
| 09/08/16 | 1 | 8 |
| 09/10/16 | 1 | 8 |
| 09/13/16 | 1 | 8 |
| TOTAL | 17.0 | |

Prabhjit Singh

| | Date | Hours | |
|---|---|---|---|
| | 08/09/16 | 1 | 8 |
| | 08/10/16 | 1 | 8 |
| | 08/11/16 | 1 | 8 |
| | 08/12/16 | 1 | 8 |
| | 08/13/16 | 1 | 8 |
| | 08/14/16 | 1 | 8 |
| | 08/17/16 | 1 | 8 |
| | 08/18/16 | 1 | 8 |
| | 08/19/16 | 1 | 8 |
| | 08/21/16 | 1 | 8 |
| | 08/22/16 | 1 | 8 |
| | 08/23/16 | 1 | 8 |
| | 08/24/16 | 1 | 8 |
| | 08/25/16 | 1 | 8 |
| | 08/27/16 | 1 | 8 |
| | 08/28/16 | 1 | 8 |
| | 08/29/16 | 1 | 8 |
| | 08/31/16 | 1 | 8 |
| | 09/04/16 | 1 | 8 |
| | 09/05/16 | 1 | 8 |
| | 09/06/16 | 1.5 | 12 |
| | 09/07/16 | 1 | 8 |
| | 09/08/16 | 1.5 | 12 |
| | 09/09/16 | 1 | 8 |
| | 09/10/16 | 1.5 | 12 |
| | 09/11/16 | 1.5 | 12 |
| | 09/12/16 | 1 | 8 |
| | 09/13/16 | 1 | 8 |
| | 09/14/16 | 1.5 | 8 |
| | 09/15/16 | 1 | 8 |
| | 09/16/16 | 1 | 8 |
| | 09/17/16 | 1.5 | 12 |
| | 09/18/16 | 1 | 8 |
| | 09/19/16 | 1 | 8 |
| | 09/20/16 | 1.5 | 12 |
| | 09/23/16 | 1.5 | 12 |
| | 09/24/16 | 1 | 8 |
| | 10/03/16 | 1 | 8 |
| | 10/04/16 | 1 | 8 |
| | 10/05/16 | 1 | 8 |
| | 10/06/16 | 1 | 8 |
| | 10/07/16 | 1 | 8 |
| | 10/09/16 | 1 | 8 |
| | 10/10/16 | 1 | 8 |
| | 10/11/16 | 1 | 8 |
| | 10/12/16 | 1 | 8 |

| | | |
|---|---|---|
| 10/13/16 | 1 | 8 |
| 10/14/16 | 1 | 8 |
| TOTAL | 52.0 | |

Mohinder Singh

| Date | Hours | |
|---|---|---|
| 08/08/16 | 1 | 8 |
| 08/09/16 | 1 | 8 |
| 08/11/16 | 1 | 8 |
| 08/12/16 | 1 | 8 |
| 08/13/16 | 1 | 8 |
| 08/15/16 | 1 | 8 |
| 08/17/16 | 1 | 8 |
| 08/18/16 | 1 | 8 |
| 08/19/16 | 1 | 8 |
| 08/20/16 | 1 | 8 |
| 08/22/16 | 1 | 8 |
| 08/23/16 | 1 | 8 |
| 08/24/16 | 1 | 8 |
| 08/25/16 | 1 | 8 |
| 08/26/16 | 1 | 8 |
| TOTAL | 15.0 | |

Jarnail Singh

| Date | Hours | |
|---|---|---|
| 08/08/16 | 1 | 8 |
| 08/09/16 | 1 | 8 |
| 08/11/16 | 1 | 8 |
| 08/12/16 | 1 | 8 |
| 08/13/16 | 1 | 8 |
| 08/15/16 | 1 | 8 |
| 08/17/16 | 1 | 8 |
| 08/18/16 | 1 | 8 |
| 08/19/16 | 1 | 8 |
| 08/20/16 | 1 | 8 |
| TOTAL | 10.0 | |

Joga Singh

| Date | Hours | |
| --- | --- | --- |
| 08/20/16 | 1 | 8 |
| 08/22/16 | 1 | 8 |
| 08/23/16 | 1 | 8 |
| 08/24/16 | 1 | 8 |
| 08/25/16 | 1 | 8 |
| 08/26/16 | 1 | 8 |
| 08/27/16 | 1 | 8 |
| 08/29/16 | 1 | 8 |
| 08/30/16 | 1 | 8 |
| 08/31/16 | 1 | 8 |
| 09/01/16 | 1.5 | 12 |
| 09/02/16 | 1 | 8 |
| 09/03/16 | 1 | 8 |
| 09/04/16 | 1 | 8 |
| 09/06/16 | 1 | 8 |
| 09/07/16 | 1 | 8 |
| 09/08/16 | 1 | 8 |
| 09/09/16 | 1 | 8 |
| 09/10/16 | 1.5 | 12 |
| 09/11/16 | 1 | 8 |
| 09/12/16 | 1.5 | 12 |
| 09/13/16 | 1 | 8 |
| 09/14/16 | 1.5 | 12 |
| 09/15/16 | 1 | 8 |
| 09/16/16 | 1 | 8 |
| 09/17/16 | 1.5 | 12 |
| 09/18/16 | 1 | 8 |
| 09/20/16 | 1.5 | 12 |
| 09/21/16 | 1.5 | 12 |
| 09/22/17 | 1 | 8 |
| 09/23/16 | 1.5 | 12 |
| 09/24/16 | 1 | 8 |
| 10/03/16 | 1 | 8 |
| 10/04/16 | 1 | 8 |
| 10/05/16 | 1 | 8 |
| 10/06/16 | 1 | 8 |
| 10/07/16 | 1 | 8 |
| 10/10/16 | 1 | 8 |
| 10/11/16 | 1 | 8 |
| 10/12/16 | 1 | 8 |
| 10/13/16 | 1 | 8 |
| 10/14/16 | 1 | 8 |
| TOTAL | 46.0 | |

Karnail Singh

| Date | Hours | |
|---|---|---|
| 08/20/16 | 1 | 8 |
| 08/22/16 | 1 | 8 |
| 08/23/16 | 1 | 8 |
| 08/24/16 | 1 | 8 |
| 08/25/16 | 1 | 8 |
| 08/26/16 | 1 | 8 |
| 08/29/16 | 1 | 8 |
| 08/31/16 | 1 | 8 |
| 09/15/16 | 1 | 8 |
| 09/16/16 | 1 | 8 |
| 09/17/16 | 1 | 8 |
| 09/22/16 | 1 | 8 |
| 09/23/16 | 1 | 8 |
| 09/24/16 | 1 | 8 |
| 10/05/16 | 1 | 8 |
| 10/06/16 | 1 | 8 |
| 10/07/16 | 1 | 8 |
| TOTAL | 17.0 | |

Kundan Lal

| Date | Hours | |
|---|---|---|
| 08/08/16 | 1 | 8 |
| 08/09/16 | 1 | 8 |
| 08/11/16 | 1 | 8 |
| 08/12/16 | 1 | 8 |
| 08/13/16 | 1 | 8 |
| 08/17/16 | 1 | 8 |
| 08/18/16 | 1 | 8 |
| 08/19/16 | 1 | 8 |
| 08/22/16 | 1 | 8 |
| 08/24/16 | 1 | 8 |
| 08/25/16 | 1 | 8 |
| 08/26/16 | 1 | 8 |
| 08/27/16 | 1 | 8 |
| 08/29/16 | 1 | 8 |
| 08/30/16 | 1 | 8 |
| 08/31/16 | 1 | 8 |
| 09/02/16 | 1 | 8 |
| 09/03/16 | 1 | 8 |
| 09/07/16 | 1 | 8 |
| 09/08/16 | 1 | 8 |
| 09/10/16 | 1 | 8 |
| 09/18/16 | 1 | 8 |
| TOTAL | 22.0 | |

Amarjit Singh

| Date | Hours | |
|---|---|---|
| 08/09/16 | 1 | 8 |
| 08/11/16 | 1 | 8 |
| 08/12/16 | 1 | 8 |
| 08/13/16 | 1 | 8 |
| 08/17/16 | 1 | 8 |
| 08/18/16 | 1 | 8 |
| 08/19/16 | 1 | 8 |
| 08/22/16 | 1 | 8 |
| 08/25/16 | 1 | 8 |
| 08/26/16 | 1 | 8 |
| 08/27/16 | 1 | 8 |
| 08/29/16 | 1 | 8 |
| 08/30/16 | 1 | 8 |
| 08/31/16 | 1 | 8 |
| 09/03/16 | 1 | 8 |
| 09/07/16 | 1 | 8 |
| 09/08/16 | 1 | 8 |
| 09/10/16 | 1 | 8 |
| TOTAL | 18.0 | |