|  |  |  |
|---|---|---|
| STATE OF NEW YORK | COUNTY OF | INDEX NO: 17CV1387 |
| UNITED STATES DISTRICT COURT |  | FILED ON: March 13, 2017 |
|  |  | DISTRICT: Eastern/New York |

*Devender Singh et al*

Plaintiff(s)

vs

*Sunn Enterprises Group LLC et ano*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

_____Shayne Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____April 3, 2017_____, at ___3:10pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

_____Summons in a Civil Action & Complaint(Jury Trial Demand)_____, on

_____Sunn Enterprise Group LLC h/s/a Sunn Enterprises Group LLC_____,

Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section ___303 Limited Liability Company Law___.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __40 Years__  Approx. weight: __140 lbs__  Approx. Ht.: __5'1"__
Sex: __Female__  Color of skin: __White__  Color of hair: __Brown__  Other: _____

Sworn to before me on _____April 5, 2017_____

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2018

Shayne Collen

Invoice-Work Order # 1701201