UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DEVENDER SINGH, JAGJIT SINGH,
BALJINDER SINGH, PUMA SINGH, DULLA
SINGH, PRABHJIT SINGH, MOHINDER
SINGH, JARNAIL SINGH, JOGA SINGH,
KARNAIL SINGH, KUNDAN LAL,
AMARJIT SINGH

                         Plaintiffs,

    -against-

SUNN ENTERPRISE GROUP, LLC.;
BOGDAN MARKOVSKI

                        Defendants.
-----------------------------------------------------------X

REQUEST FOR
CERTIFICATE OF
DEFAULT

17 CV 1387 BMC

TO:   DOUGLAS C. PALMER
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF NEW YORK

        Please enter the default of defendant SUNN ENTERPRISE GROUP, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of JONATHAN SILVER.

Dated: May 1, 2017

                                          By: _____
                                              JONATHAN SILVER, ESQ.
                                              Attorney for Plaintiffs
                                              80-02 Kew Gardens Road, Suite 316
                                              Kew Gardens, New York 11415
                                              (718) 520-1010
                                              juanplata@aol.com