UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DEVENDER SINGH, JAGJIT SINGH, BALJINDER SINGH,
PUMA SINGH, DULLA SINGH, PRABHJIT SINGH,
MOHINDER SINGH, JARNAIL SINGH, JOGA SINGH,
KARNAIL SINGH, KUNDAN LAL, AMARJIT SINGH

                              Plaintiffs,

                                                                     AFFIRMATION

                      -against-

                                                                    17 CV 1387 BMC

SUNN ENTERPRISE GROUP, LLC.;
BOGDAN MARKOVSKI;

                              Defendant
-----------------------------------------------------------------------X

      JONATHAN SILVER, an attorney duly licensed to practice law in the Courts of the State of New York, hereby affirms under the penalties of perjury:

      1. I am the attorney for the plaintiff in this action and I am familiar with the facts and circumstances set forth herein.

      2. I submit this Affirmation seeking a certificate of default in this matter under Rule 55.1.

      3. The defendant SUNN ENTERPRISE GROUP, LLC is not an infants nor is it in the military nor is it incompetent.

      4. The defendant SUNN ENTERPRISE GROUP, LLC was properly served with a copy of the Summons and Complaint in

this matter as is evidenced by an affidavit of service, a copy of which is attached.

5. The defendant SUNN ENTERPRISE GROUP, LLC has failed to plead or otherwise defend this action nor has its time to do so been extended or enlarged.

WHEREFORE, plaintiffs prays that a certificate of default be issued by the Clerk of the Court and that plaintiffs have such other and further relief as is just and proper.

Dated: Kew Gardens, New York
May 1, 2017

_____
JONATHAN SILVER