| | | INDEX NO: 17CV1387 |
|---|---|---|
| STATE OF NEW YORK | COUNTY OF | FILED ON: March 13, 2017 |
| UNITED STATES DISTRICT COURT | | DISTRICT: Eastern/New York |

*Devender Singh et al*

vs

Plaintiff(s)

*Sunn Enterprises Group LLC et ano*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE
## BY THE SECRETARY OF STATE

_____ Shayne Collen _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ April 3, 2017 _____, at ___ 3:10pm ___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

_____ Summons in a Civil Action & Complaint(Jury Trial Demand) _____

, on

_____ Sunn Enterprise Group LLC h/s/a Sunn Enterprises Group LLC _____

Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section ___ 303 Limited Liability Company Law ___.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by          ☐ Registered or

☐ Certified Mail, # _____, Return Receipt Requested on _____

to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: __40 Years__     Approx. weight: __140 lbs__     Approx. Ht.: __5'1"__

Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Other: _____

Sworn to before me on _____ April 5, 2017 _____

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2018

Shayne Collen
Invoice•Work Order # 1701201