DISTRICT COURT OF THE STATE/CITY OF NEW YORK

COUNTY OF **DISTRICT** ATTORNEY: **JONATHAN SILVER, ESQ**

20170420162329

**AFFIDAVIT OF SERVICE**

DEVENDER SINGH ET AL
- against -
SUNN ENTERPRISES GROUP LLC, ET AL

Petitioner(s)
Plaintiff(s)
Respondent(s)
Defendant(s)

INDEX#
1 17 CV 01387 BMC
DATE OF FILING:

STATE OF: NEW JERSEY - COUNTY OF: UNION ss:

I, **EDWARD ALLEN**, being duly sworn deposes and says deponent is not a party to this action, is over the age of 18 and resides in ___NJ___.
That on date/time: **5/8/2017 6:50 AM**, at **39 THIRD STREET APT B1 CLIFTON NJ 07011**
deponent served within: **SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, ATTACHMENTS**
[ ] Summons, Spanish summons & complaint, the language required by NRCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)

On: **BOGDAN MARKOVSKI**

[ ] Defendant  [ ] Respondent  [ ] Witness (hereinafter called the recipient) therein named.

**INDIVIDUAL A [ ]** By personally delivering and leaving with said **BOGDAN MARKOVSKI** _____
and that he/she knew the person so served to be the person mentioned and described in the aforementioned documents.

**CORPORATION B [ ]** By delivering to and leaving with _____
at _____
and that he knew the person so served to be _____ of the corporation.

**SUITABLE AGE PERSON C [X]** Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:
By delivering a true copy thereof to and leaving with **EUDY ALMONTE - RELATIVE/ROOMMATE** _____
a person of suitable age and discretion at **39 THIRD STREET APT B1 CLIFTON NJ 07011** _____
the said premises being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of NJ.

**AFFIXING TO DOOR, ETC D [ ]** By affixing a true copy thereof to the door of said premises, the same being the recipient's [X] Dwelling/Usual place of abode [ ] Actual place of business within the State of NJ.
Deponent had previously attempted to serve the above named recipient on/at times documented below/to right:
Deponent spoke with _____ who stated to deponent that the said recipient(s) lived at the aforementioned address, but did not know recipient's place of employment.
1._____ 2._____ 3._____

Attempts
4/21/2017 6:30:20 PM
4/24/2017 9:28:04 AM

**MAILING TO RESIDENCE E1 [X]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's dwelling place/usual place of abode at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NJ. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on **5/8/2017**.

**MAILING TO BUSINESS E2 [ ]** Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient to recipient's actual place of business at the above address and deposited said envelope in an official repository under the exclusive care and custody of the US Postal Service within the State of NJ. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient and mailed on **5/8/2017**.

**WITNESS FEE F [ ]** Witness fee of the authorizing traveling expenses and one day's witness fee:
[ ] was paid (tendered) to the recipient [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE G [X]** I asked the person spoken to whether defendant was in active military service of the United States or of the State of NJ in any capacity whatsoever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

**H [X]** DEPONENT STATES THAT THE INDEX # AND FILING DATE WERE CLEARLY VISIBLE ON THE SUMMONS.
DESCRIPTION OF THE RECIPIENT OR OTHER PERSON SERVED OR SPOKEN TO ON BEHALF OF THE RECIPIENT IS AS:

**Description of Person Accepting Service:**

SEX: **F** AGE: **36-50** HEIGHT: **5'4"-5'8"** WEIGHT: **131-160 LBS.** SKIN: **BROWN** HAIR: **BROWN** OTHER: _____

**Served Data:**
Subscribed and Sworn to me this
__10__ day of __May__, 20__17__
Notary Signature: **KIMBERLY GROTE**
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2018
Name of Notary / Commission Expiration

I, **EDWARD ALLEN**,
was at the time of service a competent adult, not having direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server 5/10/20 17 Date
License#: Not Applicable
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE, SUITE 101
UNION, NJ 07083