UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
DEVENDER SINGH, JAGJIT SINGH,
BALJINDER SINGH, PUMA SINGH, DULLA
SINGH, PRABHJIT SINGH, MOHINDER
SINGH, JARNAIL SINGH, JOGA SINGH,
KARNAIL SINGH, KUNDAN LAL,
AMARJIT SINGH

                        Plaintiffs,                    CERTIFICATE OF DEFAULT

    -against-

                                                        17 CV 1387 BMC

SUNN ENTERPRISE GROUP, LLC.;
BOGDAN MARKOVSKI

                        Defendants.
----------------------------------------------------X

       I, DOUGLAS C. PALMER, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant BOGDAN MARKOVSKI has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant BOGDAN MARKOVSKI is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:

                                             DOUGLAS C. PALMER, Clerk of Court

                                             By:_____
                                                     Deputy Clerk