*Jonathan Silver*
*Attorney at Law*

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*

June 16, 2017

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    <u>Singh v Sunn Enterprise Group et al</u>
                Case No: 1:17-cv-01387-BMC

Dear Judge Cogan:

       I am writing as the attorney for the plaintiffs in the above action to request an extension of time to file for a default judgment and to submit proof of damages as I am subject to jury duty next week and I will need further time to arrange for my clients to execute supporting papers.

       I ask for an extension of time until July 7, 2017 to submit all the necessary paperwork.

                                                  Respectfully submitted,

                                                  JONATHAN SILVER

JS/eb

cc: (regular mail)
Sunn Enterprise Group, Inc.
370 W. Pleasantview Avenue
Suite 2-328
Hackensack New Jersey 07601

Bogdan Markovski
Sunn Enterprise Group, Inc
370 W. Pleasantview Avenue
Suite 2-328
Hackensack New Jersey 07601

Bogdan Markovski
39 Third Street, Apt. B1,
Clifton, NJ 07011-3351