*Jonathan Silver*
*Attorney at Law*

—

*of Counsel*
*Stephen T. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*

July 6, 2017

By ECF

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Singh v Sunn Enterprise Group et al
Case No: 1:17-cv-01387-BMC

Dear Judge Cogan:

    I am writing as the attorney for the plaintiffs in the above action to request an extension of time to file for a default judgment and to submit proof of damages.

    I am still awaiting from several of the plaintiffs executed affidavits establishing their respective claims for damages.

    To complicate matters, my mother in law passed away yesterday morning so it is unlikely the present deadline can be met.

    I am asking for a second extension of time until July 28, 2017 to submit all the necessary paperwork.

Respectfully submitted,

JONATHAN SILVER

JS/eb

cc: (regular mail)

Sunn Enterprise Group, Inc.
370 W. Pleasantview Avenue
Suite 2-328
Hackensack New Jersey 07601

Bogdan Markovski
Sunn Enterprise Group, Inc
370 W. Pleasantview Avenue
Suite 2-328
Hackensack New Jersey 07601

Bogdan Markovski
39 Third Street, Apt. B1,
Clifton, NJ 07011-3351