UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEVENDER SINGH, JAGJIT SINGH,
BALJINDER SINGH, PUMA SINGH, DULLA
SINGH, PRABHJIT SINGH, MOHINDER
SINGH, JARNAIL SINGH, JOGA SINGH,          EDNY 17 CV 1387
KARNAIL SINGH, KUNDAN LAL,
AMARJIT SINGH

                              Plaintiffs,          **AFFIDAVIT OF SERVICE**

       -against-

SUNN ENTERPRISE GROUP, LLC.;
BOGDAN MARKOVSKI

                            Defendants
-----------------------------------------------------------------X
STATE OF NEW YORK)
             ) ss:
COUNTY OF QUEENS )

       EILEEN S. K. BENES, being duly sworn, deposes and says:

       1. I am not a party to this action and am over eighteen (18) years of age and reside

at Kew Gardens, New York.

       2. On July 28, 2017, I served a true copy of the Motion for Default Judgment,

Memorandum of Law and supporting documents upon the Defendant BOGDAN

MARKOVSKI  by mailing a copy of it to the following parties at the following address:

                  Bogdan Markovski
                  90 Dayton Avenue
                  Suite 210
                  Passaic,  New Jersey 07055

                            EILEEN S. K. BENES

Sworn to before me this
28th  day of July 2017

NOTARY PUBLIC

STEPHEN J. FEIN
Notary Public, State of New York
No. 02FE4667583
Qualified in Queens County
Commission Expires November 30, 201[8]

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEVENDER SINGH, JAGJIT SINGH,
BALJINDER SINGH, PUMA SINGH, DULLA
SINGH, PRABHJIT SINGH, MOHINDER
SINGH, JARNAIL SINGH, JOGA SINGH,            EDNY 17 CV 1387
KARNAIL SINGH, KUNDAN LAL,
AMARJIT SINGH

                    Plaintiffs,        **AFFIDAVIT OF SERVICE**

    -against-

SUNN ENTERPRISE GROUP, LLC.;
BOGDAN MARKOVSKI

                    Defendants
-----------------------------------------------------------------X
STATE OF NEW YORK)
          ) ss:
COUNTY OF QUEENS )

        EILEEN S. K. BENES, being duly sworn, deposes and says:

        1. I am not a party to this action and am over eighteen (18) years of age and reside

at Kew Gardens, New York.

        2. On July 28, 2017, I served a true copy of the Motion for Default Judgment,

Memorandum of Law and supporting documents upon the Defendant SUNN ENTERPRISE

GROUP INC. by mailing a copy of it to the following parties at the following address:

                Sunn Enterprise Group, Inc.
                90 Dayton Avenue
                Suite 210
                Passaic,  New Jersey 07055

                              EILEEN S. K. BENES

Sworn to before me this
28th day of July 2017

_____
NOTARY PUBLIC

STEPHEN J. FEIN
Notary Public, State of New York
No. 02FE4667583
Qualified in Queens County
Commission Expires November 30, 2019