## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | September 7, 2017 |
| **TIME:** | 13:00 a.m. |
| **DOCKET NUMBER(S):** | **CV 17-1387 (BMC)** |
| **NAME OF CASE(S):** | Singh et al v. Sunn Enterprise Group, LLC et al |
| **FOR PLAINTIFF(S):** | **Silver** |
| **FOR DEFENDANT(S):** | **Markovski appearing pro se** |
| **NEXT CONFERENCE(S):** | **INQUEST HEARING WILL BE HELD ON October 12, 2017 at 2:00 pm, if not completed on that date, will be continued on October 27, 2017 at 2:00 pm.** |
| **FTR/COURT REPORTER:** | **10:39-10:46** |

**RULINGS TELEPHONE CONFERENCE:**

**The inquest directed by Judge Cogan's Order of August 21, 2017 will be held on October 12, 2017 at 2:00 pm and, if not completed on that date, will be continued on October 27, 2017 at 2:00 pm.**

**The parties are encouraged to contact my chambers to seek a settlement conference if they believe it would be productive to hold one.**