UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
DEVENDER SINGH, JAGJIT SINGH, BALJINDER  :
SINGH, PUMA SINGH, DULLA SINGH, PRABHJIT :
SINGH, MOHINDER SINGH, JARNAIL SINGH,    :
JOGA SINGH, KARNAIL SINGH, KUNDAN LAL,   :
and AMARJIT SINGH,                       :
                                         :    REPORT &
                        Plaintiffs,      :    RECOMMENDATION
                                         :    17-CV-1387 (BMC) (SMG)
        -against-                        :
                                         :
SUNN ENTERPRISE GROUP, LLC, and BOGDAN   :
MARKOVSKI,                               :
                                         :
                        Defendants.      :
----------------------------------------------------------------------x
GOLD, STEVEN M., U.S. Magistrate Judge:

United States District Judge Cogan has referred this matter to me to recommend a damages award for each plaintiff. *See* Order dated December 13, 2017, Docket Entry 29. The procedural history of this case is set out in detail in my previous Report and Recommendation, Docket Entry 26, and in the Order subsequently entered by Judge Cogan rejecting it, Docket Entry 29. Familiarity with these prior rulings is assumed.

Plaintiffs seek unpaid wages, overtime premiums, and liquidated damages pursuant to the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). Compl. ¶ 1, Docket Entry 1; Affirmation of Jonathan Silver ("Silver Aff."), ¶ 10, Docket Entry 20-1. Plaintiffs also seek attorney's fees. Silver Aff. ¶ 13.

Plaintiffs' complaint also sought liquidated damages arising from defendants' failure to provide accurate wage statements, and pre-judgment and post-judgement interest. *See* Compl. at 10. However, plaintiffs' motion for default judgment does not reference these claims, and plaintiffs did not submit evidence or present argument in support of them at the inquest held on

October 12, 2017. The Court therefore infers that plaintiffs no longer press their wage statement and interest claims.

As described below, plaintiffs testified at the damages inquest that they were not paid anything for the work they performed. They seek an award based upon the daily wage rate they claim they were promised, together with premium pay for the overtime hours they claim they worked.

The FLSA does not entitle plaintiffs to recover unpaid wages at a promised rate; rather, plaintiffs may recover only the minimum wage for their unpaid hours. *See Lundy v. Catholic Health Sys. of Long Island Inc.*, 711 F.3d 106, 116 (2d Cir. 2013) ("So long as an employee is being paid the minimum wage or more, FLSA does not provide recourse for unpaid hours . . . ."). However, the "NYLL entitles a successful plaintiff to collect the full amount of wages contractually owed, not just the statutory minimum wage for the hours worked." *Shin Won Kang v. Inno Asset Dev., LLC*, 2011 WL 1674554, at *3 (E.D.N.Y. Jan. 28, 2011), *report and recommendation adopted by* 2011 WL 1670946 (E.D.N.Y. May 3, 2011). Because plaintiffs assert claims under both FLSA and NYLL, I recommend they be awarded damages at their promised rate, not at the statutory minimum wage.

Plaintiffs also seek to recover liquidated damages. Liquidated damages of one hundred percent of the amount awarded in compensatory damages are available under the FLSA where the employer's actions were not taken in good faith. 29 U.S.C. §§ 216, 260. It follows logically that an employer who pays workers nothing at all may is not acting in good faith. Plaintiffs are thus entitled to recover liquidated damages. Plaintiffs, however, seek liquidated damages only on the overtime premiums they did not receive, and not on their unpaid wages. *See* Silver Aff. ¶ 10. "The Court cannot award plaintiff[s] more than [they] sought." *Zhen Ming Chen v. New*

*Fresco Tortillas Taco LLC*, 2015 WL 5710320, at *8 (S.D.N.Y. Sept. 25, 2015), *report and recommendation adopted by* 2017 WL 818469 (S.D.N.Y. Mar. 1, 2017). Accordingly, the damages recommended below include liquidated damages equal in amount only to any recommended award of unpaid overtime premium pay.[1]

Finally, although the Court declines to recommend awarding a category of damages that the plaintiffs do not seek (i.e., liquidated damages on unpaid straight time wages), the damage amounts recommended in this Report do differ from, and in some instances exceed, the amounts plaintiffs seek in their motion. Because Judge Cogan deemed that motion insufficient and ordered that an inquest be held, this Court considers plaintiffs' motion, with respect to the amount of damages claimed by each plaintiff, to be superseded by the testimony and exhibits received at the inquest. Accordingly, although the Court only awards plaintiffs the categories of damages they seek, in some instances the amount of unpaid wages I recommend that plaintiffs recover exceeds the amount sought in plaintiffs' written motion.

The Court calculates damages below for each plaintiff. These calculations include unpaid wages at the rate that each plaintiff claims he was promised, corresponding unpaid overtime premiums, and liquidated damages equal to the amount of willfully unpaid overtime premiums. Spreadsheets describing those calculations are annexed to this Report.

## DEVENDER SINGH

At the inquest held on October 12, 2017, Devender Singh testified that he worked fifty-three and one half days for which he was not paid. Transcript of October 12, 2017 Inquest ("Tr."), 9:10-16; 10:9-10, Docket Entry 25. Devender Singh kept handwritten notes reflecting

---

[1] The Court calculates liquidated damages by adopting plaintiffs' method of doing so: doubling the premium that should have attached to the unpaid overtime hours worked by each plaintiff. *See* Motion for Default Judgement, Ex. B, Docket Entry 20-4.

3

the hours he worked and testified that these notes were made contemporaneously with the work they describe. Tr. 11:7-10. Those notes were received into evidence at the inquest, and form the basis for the Court's determination of the hours and overtime for which Devender Singh is entitled to be paid.[2] *See* Pl.'s Ex. DS-1. Devender Singh's notes indicate that, although the hours he worked totaled an equivalent of fifty-three and one half eight hour shifts, he performed that work on forty-eight separate days. The notes further indicate that on four weeks during this period, Devender Singh worked more than forty hours, and his overtime for those weeks totals sixty-eight hours. *Id.* Devender Singh testified that he was promised pay at a rate of $300 per day. Tr. 10:11-22. Accordingly, I recommend that Devender Singh be awarded $16,050 in unpaid wages for the equivalent of fifty-three and one half eight-hour shifts at $300 per shift, $1,275 in unpaid premium pay for sixty-eight hours of overtime at $150 per eight overtime hours, and $1,275 in liquidated damages, for a total of $18,600.

## JAGJIT SINGH

Devender Singh further testified that he and plaintiff Jagjit Singh worked together on the same days for the same number of hours, performed the same work, and were promised the same rate of pay. Tr. 13:17-14:3. When Jagjit Singh testified, he also testified that he worked the same days and hours as Devender Singh and that he was promised pay at a rate of $300 per day. Tr. 22:22-23:5; 23:21-23. Accordingly, I recommend that Jagjit Singh be awarded $16,050 in unpaid wages, $1,275 in unpaid overtime premiums, and $1,275 in liquidated damages, for a total of $18,600.

---

[2] Although plaintiffs submitted charts including the amounts of overtime premiums they claim, *see* Motion for Default Judgement, Ex. B, Docket Entry 20-4, the Court has independently determined the distribution of each plaintiff's hours based upon the documents submitted and the testimony given at the inquest, and independently calculated the straight time wages and overtime premiums owed to each plaintiff.

4

### BALJINDER SINGH

Devender Singh further testified that he and Baljinder Singh worked together on the same days for the same number of hours, performed the same work, and were promised the same rate of pay. Tr. 14:3-14:24. When Baljinder Singh testified, he also testified that he worked the same days and hours as Devender Singh, and that he was promised pay at a rate of $300 per day. Tr. 29:8-12; 30:1-2. Accordingly, I recommend that Baljinder Singh be awarded $16,050 in unpaid wages, $1,275 in unpaid overtime premiums, and $1,275 in liquidated damages, for a total of $18,600.

### PUMA SINGH

Devender Singh further testified that he and Puma Singh worked together on the same days for the same number of hours, performed the same work, and were promised the same rate of pay. Tr. 14:25-15:14. When Puma Singh testified, he also testified that he worked the same days and hours as Devender Singh, and that he was promised pay at a rate of $300 per day. Tr. 33:8-18. Accordingly, I recommend that Puma Singh be awarded $16,050 in unpaid wages, $1,275 in unpaid overtime premiums, and $1,275 in liquidated damages, for a total of $18,600.

### DULLA SINGH

Dulla Singh testified that he worked a total of seventeen days and was not paid anything at all. Tr. 63:12-18. He further testified that he was promised pay at a rate of $250 per day. Tr. 63:10-11. Accordingly, I recommend that Dulla Singh be awarded $4,250 in unpaid wages.

### PRABHJIT SINGH

Prabhjit Singh kept handwritten notes of the hours and dates that he worked. At the inquest, he testified that the notes accurately reflect the days and hours that he worked, and the notes were received into evidence. *See* Pl.'s Ex. 3. Those notes indicate that Prabhjit Singh

worked a total of 416 hours on forty-eight days from August through October 2016, and that during that period he worked eighty overtime hours, or the equivalent of ten eight-hour overtime shifts. Prabhjit Singh testified that he was promised pay at a rate of $300 per day, but was not paid anything. Tr. 70:1-4; 71:16-17; 77:4-7. Accordingly, I recommend that Prabhjit Singh be awarded $15,600 in unpaid wages for 416 hours, the equivalent of fifty-two eight-hour shifts at $300 per shift, $1,500 in unpaid premium pay for eighty hours of overtime at $150 per eight overtime hours, and $1,500 in liquidated damages, for a total of $18,600.

## JOGA SINGH

Joga Singh also kept handwritten notes describing the days and hours that he worked. Tr. 78:18-22. These notes were received in evidence at the inquest. *See* Tr. 79:21; *see also* Pl.'s Ex. 4. Joga Singh's notes indicate that he worked a total of 368 hours on forty-two days from August through October 2016, and that he worked a total of eighty overtime hours, or the equivalent of ten eight-hour overtime shifts. Joga Singh also testified that he was not paid anything for the work he did, but that he was promised pay at a rate of $200 per day. Tr. 78:12; 78:16-17. Accordingly, I recommend that Joga Singh be awarded $9,200 in unpaid wages for 368 hours, the equivalent of forty-six eight-hour shifts at $200 per shift, $1,000 in unpaid premium pay for eighty hours of overtime at $100 per eight overtime hours, and $1,000 in liquidated damages, for a total of $11,200.

## MOHINDER SINGH

Mohinder Singh similarly produced handwritten notes and testified at the inquest that the notes reflect the dates and hours he worked. *See* Tr. 84:16-85:1; Pl.'s Ex. 5. His notes were admitted into evidence at the inquest. Mohinder Singh's notes indicate that he worked a total of fifteen days and did not work any overtime hours. *See* Pl.'s Ex. 5. Mohinder Singh testified that he was

promised pay at a rate of $200 per day. Tr. 84:11-13. Although Mohinder Singh did not explicitly testify at the inquest that he was not paid for the time he worked, he did make that assertion in an affidavit submitted in support of plaintiffs' motion for default judgment. *See* Affidavit of Mohinder Singh ¶ 4, Docket Entry 20-2. Accordingly, I recommend that Mohinder Singh be awarded $3,000 in unpaid wages for fifteen eight-hour shifts at $200 per shift.

## AMARJIT SINGH

Amarjit Singh similarly produced handwritten notes and testified at the inquest that the notes reflect the dates and hours he worked. Tr. 93:3-10. The notes were received in evidence at the inquest, and indicate that Amarjit Singh worked a total of eighteen days and did not work any overtime hours. Tr. 93:11-15; Pl.'s Ex. 6. Amarjit Singh testified that he was promised pay at a rate of $200 per day, but was paid nothing. Tr. 92:20-24. Accordingly, I recommend that Amarjit Singh be awarded $3,600 in unpaid wages for eighteen eight-hour shifts at $200 per shift.

## KARNAIL SINGH

Karnail Singh also produced handwritten notes and testified at the inquest that the notes reflect the dates and hours he worked. Tr. 100:8-12. The notes were received in evidence at the inquest, and indicate that Karnail Singh worked a total of seventeen days and did not work any overtime hours. Tr. 100:13-14; Pl.'s Ex. 7. Karnail Singh testified that he was promised pay at a rate of $300 per day, but was not paid anything. Tr. 100:4-7. Accordingly, I recommend that Karnail Singh be awarded $5,100 in unpaid wages for seventeen eight-hour shifts at $300 per shift.

### KUNDAN LAL

Kundan Lal produced handwritten notes and testified that he prepared those notes contemporaneously with the work they describe. Tr. 109:16-22. Those notes were accepted into evidence at the inquest and indicate that Lal worked a total of twenty-two days. Pl.'s Ex. 8; Tr. 109:23-110:4. Lal was promised pay at a rate of $300 per day. Tr. 109:1-2. Although Kundan Lal did not explicitly testify at the inquest that he was not paid for his work, in an affidavit submitted with plaintiffs' motion for default judgment, he did indicate that he was never paid. *See* Affidavit of Kundan Lal ¶ 4, Docket Entry 20-2. Moreover, portions of his testimony discuss actions he did and did not take in response to not being paid. *See* Tr. 115:14-116:20. Accordingly, I recommend that Kundan Lal be awarded $6,600 in unpaid wages for twenty-two eight-hour shifts at $300 per shift.

### JARNAIL SINGH

Jarnail Singh failed to appear at the inquest held on October 12, 2017. By Order dated August 21, 2017, Judge Cogan indicated that each plaintiff was required to testify at that inquest to determine whether that plaintiff's testimony would adequately support an award of damages. Because Jarnail Singh failed to appear and therefore did not testify at all, I recommend that no damages be awarded to him.

### ATTORNEY'S FEES

Finally, I respectfully recommend that the plaintiffs' attorney, Mr. Silver, be permitted to submit an application for reasonable attorney's fees as requested in his affirmation in support of plaintiffs' motion. Silver Aff. ¶ 13. I also recommend that the Court set a briefing schedule for any such motion or application. However, as the Court instructed Mr. Silver at the inquest, and

for the reasons stated at that time, any such application should not include time spent preparing for or attending that inquest. Tr. 133:5-14.

## CONCLUSION

I respectfully recommend that damages be awarded to plaintiffs in the amounts indicated above. Any objections to the recommendations made in this Report must be made within fourteen days after filing of this Report and Recommendation and, in any event, on or before January 26, 2018. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to file timely objections may waive the right to appeal the District Court's order. *See Small v. Sec'y of Health & Human Servs.*, 892 F.2d 15, 16 (2d Cir. 1989) (discussing waiver under the former ten-day limit). Plaintiff shall forthwith serve copies of this Report and Recommendation upon the defaulting defendants at their last known addresses and file proof of service with the Court.

/s/
STEVEN M. GOLD
United States Magistrate Judge

Brooklyn, New York
January 12, 2018

*U:\#DJM 2017-2018\Singh et al. v. Sunn Enterprises LLC et al. 17-CV-1387 (BMC)\Damages R & R - FINAL.docx*

## DEVENDER SINGH; JAGJIT SINGH; BALJINDER SINGH; PUMA SINGH

| Date | Hours | | Date | Hours | |
|---|---|---|---|---|---|
| 8/8/2016 | 1 | | 9/19/2016 | | |
| 8/9/2016 | 1 | | 9/20/2016 | 1.5 | |
| 8/10/2016 | 1 | | 9/21/2016 | 1 | |
| 8/11/2016 | 1 | | 9/22/2016 | | |
| 8/12/2016 | 1 | This week's | 9/23/2016 | 1 | This week's |
| 8/13/2016 | | overtime hours: | 9/24/2016 | 1 | overtime hours: |
| 8/14/2016 | | **None** | 9/25/2016 | | **None** |
| 8/15/2016 | 1 | | 9/26/2016 | 1 | |
| 8/16/2016 | | | 9/27/2016 | 1 | |
| 8/17/2016 | 1 | | 9/28/2016 | 1 | |
| 8/18/2016 | 1 | | 9/29/2016 | | |
| 8/19/2016 | 1 | This week's | 9/30/2016 | | This week's |
| 8/20/2016 | 1 | overtime hours: | 10/1/2016 | | overtime hours: |
| 8/21/2016 | | **None** | 10/2/2016 | | **None** |
| 8/22/2016 | 1 | | 10/3/2016 | 1 | |
| 8/23/2016 | 1 | | 10/4/2016 | 1 | |
| 8/24/2016 | 1 | | 10/5/2016 | 1 | |
| 8/25/2016 | 1 | | 10/6/2016 | 1 | |
| 8/26/2016 | 1 | This week's | 10/7/2016 | 1 | This week's |
| 8/27/2016 | 1 | overtime hours: | 10/8/2016 | | overtime hours: |
| 8/28/2016 | | **8** | 10/9/2016 | | **None** |
| 8/29/2016 | 1 | | 10/10/2016 | 1 | |
| 8/30/2016 | 1 | | 10/11/2016 | 1 | |
| 8/31/2016 | 1 | | 10/12/2016 | 1 | |
| 9/1/2016 | 1.5 | | 10/13/2016 | 1.5 | |
| 9/2/2016 | 1 | This week's | 10/14/2016 | 1 | This week's |
| 9/3/2016 | 1.5 | overtime hours: | 10/15/2016 | | overtime hours: |
| 9/4/2016 | | **16** | 10/16/2016 | | **4** |
| 9/5/2016 | | | | | |
| 9/6/2016 | | | | | |
| 9/7/2016 | | | | | |
| 9/8/2016 | | | Number of days on which work was performed: | | 48 |
| 9/9/2016 | | This week's | 8-hour equivalent "days" | | 53.5 |
| 9/10/2016 | 1.5 | overtime hours: | | | |
| 9/11/2016 | 1 | **None** | | | |
| 9/12/2016 | 2 | | **Total overtime hours:** | | **68** |
| 9/13/2016 | 1.5 | | | | |
| 9/14/2016 | 1 | | Promised Rate: | | $300.00 |
| 9/15/2016 | 1.5 | | Unpaid Wages: | | $16,050.00 |
| 9/16/2016 | 1.5 | This week's | Overtime Premiums: | | $1,275.00 |
| 9/17/2016 | 1.5 | overtime hours: | Liquidated Damages: | | $1,275.00 |
| 9/18/2016 | 1 | **40** | **Total Damages:** | | **$18,600.00** |

| | | | | | |
|---|---|---|---|---|---|
| <td colspan="6" align="center">**DULLA SINGH**</td> |
| 8/8/2016 | 1 | | 9/19/2016 | | |
| 8/9/2016 | | | 9/20/2016 | | |
| 8/10/2016 | | | 9/21/2016 | | |
| 8/11/2016 | | | 9/22/2016 | | |
| 8/12/2016 | 1 | This week's | 9/23/2016 | | This week's |
| 8/13/2016 | 1 | overtime hours: | 9/24/2016 | | overtime hours: |
| 8/14/2016 | | **None** | 9/25/2016 | | **None** |
| 8/15/2016 | | | 9/26/2016 | | |
| 8/16/2016 | | | 9/27/2016 | | |
| 8/17/2016 | 1 | | 9/28/2016 | | |
| 8/18/2016 | | | 9/29/2016 | | |
| 8/19/2016 | | This week's | 9/30/2016 | | This week's |
| 8/20/2016 | | overtime hours: | 10/1/2016 | | overtime hours: |
| 8/21/2016 | | **None** | 10/2/2016 | | **None** |
| 8/22/2016 | | | 10/3/2016 | | |
| 8/23/2016 | | | 10/4/2016 | | |
| 8/24/2016 | 1 | | 10/5/2016 | | |
| 8/25/2016 | 1 | | 10/6/2016 | | |
| 8/26/2016 | 1 | This week's | 10/7/2016 | | This week's |
| 8/27/2016 | 1 | overtime hours: | 10/8/2016 | | overtime hours: |
| 8/28/2016 | | **None** | 10/9/2016 | | **None** |
| 8/29/2016 | 1 | | 10/10/2016 | | |
| 8/30/2016 | 1 | | 10/11/2016 | | |
| 8/31/2016 | 1 | | 10/12/2016 | | |
| 9/1/2016 | | | 10/13/2016 | | |
| 9/2/2016 | 1 | This week's | 10/14/2016 | | This week's |
| 9/3/2016 | 1 | overtime hours: | 10/15/2016 | | overtime hours: |
| 9/4/2016 | | **None** | 10/16/2016 | | **None** |
| 9/5/2016 | | | | | |
| 9/6/2016 | | | | | |
| 9/7/2016 | 1 | | | | |
| 9/8/2016 | 1 | | Number of days on which work was performed: | | 17 |
| 9/9/2016 | | This week's | | | |
| 9/10/2016 | 1 | overtime hours: | 8-hour equivalent "days" | | 17 |
| 9/11/2016 | | **None** | | | |
| 9/12/2016 | | | **Total overtime hours:** | | **0** |
| 9/13/2016 | 1 | | | | |
| 9/14/2016 | | | Promised Rate: | | $250.00 |
| 9/15/2016 | | | Unpaid Wages: | | $4,250.00 |
| 9/16/2016 | | This week's | Overtime Premiums: | | $0.00 |
| 9/17/2016 | | overtime hours: | Liquidated Damages: | | $0.00 |
| 9/18/2016 | | **None** | **Total Damages:** | | **$4,250.00** |

11

| PRAHBJIT SINGH ||||||
|---|---|---|---|---|---|
| 8/8/2016 | | | 9/19/2016 | 1 | |
| 8/9/2016 | 1 | | 9/20/2016 | 1.5 | |
| 8/10/2016 | 1 | | 9/21/2016 | | |
| 8/11/2016 | 1 | | 9/22/2016 | | |
| 8/12/2016 | 1 | This week's | 9/23/2016 | 1.5 | This week's |
| 8/13/2016 | 1 | overtime hours: | 9/24/2016 | 1 | overtime hours: |
| 8/14/2016 | 1 | **8** | 9/25/2016 | | **None** |
| 8/15/2016 | | | 9/26/2016 | | |
| 8/16/2016 | | | 9/27/2016 | | |
| 8/17/2016 | 1 | | 9/28/2016 | | |
| 8/18/2016 | 1 | | 9/29/2016 | | |
| 8/19/2016 | 1 | This week's | 9/30/2016 | | This week's |
| 8/20/2016 | | overtime hours: | 10/1/2016 | | overtime hours: |
| 8/21/2016 | 1 | **None** | 10/2/2016 | | **None** |
| 8/22/2016 | 1 | | 10/3/2016 | 1 | |
| 8/23/2016 | 1 | | 10/4/2016 | 1 | |
| 8/24/2016 | 1 | | 10/5/2016 | 1 | |
| 8/25/2016 | 1 | | 10/6/2016 | 1 | |
| 8/26/2016 | | This week's | 10/7/2016 | 1 | This week's |
| 8/27/2016 | 1 | overtime hours: | 10/8/2016 | | overtime hours: |
| 8/28/2016 | 1 | **8** | 10/9/2016 | 1 | **8** |
| 8/29/2016 | 1 | | 10/10/2016 | 1 | |
| 8/30/2016 | | | 10/11/2016 | 1 | |
| 8/31/2016 | 1 | | 10/12/2016 | 1 | |
| 9/1/2016 | | | 10/13/2016 | 1 | |
| 9/2/2016 | | This week's | 10/14/2016 | 1 | This week's |
| 9/3/2016 | | overtime hours: | 10/15/2016 | | overtime hours: |
| 9/4/2016 | 1 | **None** | 10/16/2016 | | **None** |
| 9/5/2016 | 1 | | | | |
| 9/6/2016 | 1.5 | | | | |
| 9/7/2016 | 1 | | | | |
| 9/8/2016 | 1.5 | | Number of days on which | | |
| 9/9/2016 | 1 | This week's | work was performed: | | 48 |
| 9/10/2016 | 1.5 | overtime hours: | 8-hour equivalent "days" | | 52 |
| 9/11/2016 | 1.5 | **32** | | | |
| 9/12/2016 | 1 | | **Total overtime hours:** | | **80** |
| 9/13/2016 | 1 | | | | |
| 9/14/2016 | 1.5 | | Promised Rate: | | $300.00 |
| 9/15/2016 | 1 | | Unpaid Wages: | | $15,600.00 |
| 9/16/2016 | 1 | This week's | Overtime Premiums: | | $1,500.00 |
| 9/17/2016 | 1.5 | overtime hours: | Liquidated Damages: | | $1,500.00 |
| 9/18/2016 | 1 | **24** | **Total Damages:** | | **$18,600.00** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **JOGA SINGH** | | | | |
| 8/8/2016 | | | 9/19/2016 | | | |
| 8/9/2016 | | | 9/20/2016 | 1.5 | | |
| 8/10/2016 | | | 9/21/2016 | 1.5 | | |
| 8/11/2016 | | | 9/22/2016 | 1 | | |
| 8/12/2016 | | This week's | 9/23/2016 | 1.5 | This week's | |
| 8/13/2016 | | overtime hours: | 9/24/2016 | 1 | overtime hours: | |
| 8/14/2016 | | **None** | 9/25/2016 | | **12** | |
| 8/15/2016 | | | 9/26/2016 | | | |
| 8/16/2016 | | | 9/27/2016 | | | |
| 8/17/2016 | | | 9/28/2016 | | | |
| 8/18/2016 | | | 9/29/2016 | | | |
| 8/19/2016 | | This week's | 9/30/2016 | | This week's | |
| 8/20/2016 | 1 | overtime hours: | 10/1/2016 | | overtime hours: | |
| 8/21/2016 | | **None** | 10/2/2016 | | **None** | |
| 8/22/2016 | 1 | | 10/3/2016 | 1 | | |
| 8/23/2016 | 1 | | 10/4/2016 | 1 | | |
| 8/24/2016 | 1 | | 10/5/2016 | 1 | | |
| 8/25/2016 | 1 | | 10/6/2016 | 1 | | |
| 8/26/2016 | 1 | This week's | 10/7/2016 | 1 | This week's | |
| 8/27/2016 | 1 | overtime hours: | 10/8/2016 | | overtime hours: | |
| 8/28/2016 | | **8** | 10/9/2016 | | **None** | |
| 8/29/2016 | 1 | | 10/10/2016 | 1 | | |
| 8/30/2016 | 1 | | 10/11/2016 | 1 | | |
| 8/31/2016 | 1 | | 10/12/2016 | 1 | | |
| 9/1/2016 | 1.5 | | 10/13/2016 | 1 | | |
| 9/2/2016 | 1 | This week's | 10/14/2016 | 1 | This week's | |
| 9/3/2016 | 1 | overtime hours: | 10/15/2016 | | overtime hours: | |
| 9/4/2016 | 1 | **20** | 10/16/2016 | | **None** | |
| 9/5/2016 | | | | | | |
| 9/6/2016 | 1 | | | | | |
| 9/7/2016 | 1 | | | | | |
| 9/8/2016 | 1 | | Number of days on which | | | |
| 9/9/2016 | 1 | This week's | work was performed: | | 42 | |
| 9/10/2016 | 1.5 | overtime hours: | 8-hour equivalent "days" | | 46 | |
| 9/11/2016 | 1 | **12** | | | | |
| 9/12/2016 | 1.5 | | **Total overtime hours:** | | **80** | |
| 9/13/2016 | 1 | | | | | |
| 9/14/2016 | 1.5 | | Promised Rate: | | $200.00 | |
| 9/15/2016 | 1 | | Unpaid Wages: | | $9,200.00 | |
| 9/16/2016 | 1 | This week's | Overtime Premiums: | | $1,000.00 | |
| 9/17/2016 | 1.5 | overtime hours: | Liquidated Damages: | | $1,000.00 | |
| 9/18/2016 | 1 | **28** | **Total Damages:** | | **$11,200.00** | |

13

| | MOHINDER SINGH | | | | | |
|---|---|---|---|---|---|---|
| 8/8/2016 | 1 | | 9/19/2016 | | | |
| 8/9/2016 | 1 | | 9/20/2016 | | | |
| 8/10/2016 | | | 9/21/2016 | | | |
| 8/11/2016 | 1 | | 9/22/2016 | | | |
| 8/12/2016 | 1 | This week's | 9/23/2016 | | This week's | |
| 8/13/2016 | 1 | overtime hours: | 9/24/2016 | | overtime hours: | |
| 8/14/2016 | | None | 9/25/2016 | | None | |
| 8/15/2016 | 1 | | 9/26/2016 | | | |
| 8/16/2016 | | | 9/27/2016 | | | |
| 8/17/2016 | 1 | | 9/28/2016 | | | |
| 8/18/2016 | 1 | | 9/29/2016 | | | |
| 8/19/2016 | 1 | This week's | 9/30/2016 | | This week's | |
| 8/20/2016 | 1 | overtime hours: | 10/1/2016 | | overtime hours: | |
| 8/21/2016 | | None | 10/2/2016 | | None | |
| 8/22/2016 | 1 | | 10/3/2016 | | | |
| 8/23/2016 | 1 | | 10/4/2016 | | | |
| 8/24/2016 | 1 | | 10/5/2016 | | | |
| 8/25/2016 | 1 | | 10/6/2016 | | | |
| 8/26/2016 | 1 | This week's | 10/7/2016 | | This week's | |
| 8/27/2016 | | overtime hours: | 10/8/2016 | | overtime hours: | |
| 8/28/2016 | | None | 10/9/2016 | | None | |
| 8/29/2016 | | | 10/10/2016 | | | |
| 8/30/2016 | | | 10/11/2016 | | | |
| 8/31/2016 | | | 10/12/2016 | | | |
| 9/1/2016 | | | 10/13/2016 | | | |
| 9/2/2016 | | This week's | 10/14/2016 | | This week's | |
| 9/3/2016 | | overtime hours: | 10/15/2016 | | overtime hours: | |
| 9/4/2016 | | None | 10/16/2016 | | None | |
| 9/5/2016 | | | | | | |
| 9/6/2016 | | | | | | |
| 9/7/2016 | | | | | | |
| 9/8/2016 | | | Number of days on which work was performed: | | 15 | |
| 9/9/2016 | | This week's | | | | |
| 9/10/2016 | | overtime hours: | 8-hour equivalent "days" | | 15 | |
| 9/11/2016 | | None | | | | |
| 9/12/2016 | | | Total overtime hours: | | 0 | |
| 9/13/2016 | | | | | | |
| 9/14/2016 | | | Promised Rate: | | $200.00 | |
| 9/15/2016 | | | Unpaid Wages: | | $3,000.00 | |
| 9/16/2016 | | This week's | Overtime Premiums: | | $0.00 | |
| 9/17/2016 | | overtime hours: | Liquidated Damages: | | $0.00 | |
| 9/18/2016 | | None | Total Damages: | | $3,000.00 | |

14

| AMARJIT SINGH |||||||
|---|---|---|---|---|---|---|
| 8/8/2016 | | | | 9/19/2016 | | |
| 8/9/2016 | 1 | | | 9/20/2016 | | |
| 8/10/2016 | | | | 9/21/2016 | | |
| 8/11/2016 | 1 | | | 9/22/2016 | | |
| 8/12/2016 | 1 | This week's | | 9/23/2016 | | This week's |
| 8/13/2016 | 1 | overtime hours: | | 9/24/2016 | | overtime hours: |
| 8/14/2016 | | **None** | | 9/25/2016 | | **None** |
| 8/15/2016 | | | | 9/26/2016 | | |
| 8/16/2016 | | | | 9/27/2016 | | |
| 8/17/2016 | 1 | | | 9/28/2016 | | |
| 8/18/2016 | 1 | | | 9/29/2016 | | |
| 8/19/2016 | 1 | This week's | | 9/30/2016 | | This week's |
| 8/20/2016 | | overtime hours: | | 10/1/2016 | | overtime hours: |
| 8/21/2016 | | **None** | | 10/2/2016 | | **None** |
| 8/22/2016 | 1 | | | 10/3/2016 | | |
| 8/23/2016 | | | | 10/4/2016 | | |
| 8/24/2016 | | | | 10/5/2016 | | |
| 8/25/2016 | 1 | | | 10/6/2016 | | |
| 8/26/2016 | 1 | This week's | | 10/7/2016 | | This week's |
| 8/27/2016 | 1 | overtime hours: | | 10/8/2016 | | overtime hours: |
| 8/28/2016 | | **None** | | 10/9/2016 | | **None** |
| 8/29/2016 | 1 | | | 10/10/2016 | | |
| 8/30/2016 | 1 | | | 10/11/2016 | | |
| 8/31/2016 | 1 | | | 10/12/2016 | | |
| 9/1/2016 | | | | 10/13/2016 | | |
| 9/2/2016 | | This week's | | 10/14/2016 | | This week's |
| 9/3/2016 | 1 | overtime hours: | | 10/15/2016 | | overtime hours: |
| 9/4/2016 | | **None** | | 10/16/2016 | | **None** |
| 9/5/2016 | | | | | | |
| 9/6/2016 | | | | | | |
| 9/7/2016 | 1 | | | | | |
| 9/8/2016 | 1 | | | Number of days on which work was performed: | | 18 |
| 9/9/2016 | | This week's | | | | |
| 9/10/2016 | 1 | overtime hours: | | 8-hour equivalent "days" | | 18 |
| 9/11/2016 | | **None** | | | | |
| 9/12/2016 | | | | **Total overtime hours:** | | **0** |
| 9/13/2016 | | | | | | |
| 9/14/2016 | | | | Promised Rate: | | $200.00 |
| 9/15/2016 | | | | Unpaid Wages: | | $3,600.00 |
| 9/16/2016 | | This week's | | Overtime Premiums: | | $0.00 |
| 9/17/2016 | | overtime hours: | | Liquidated Damages: | | $0.00 |
| 9/18/2016 | | **None** | | **Total Damages:** | | **$3,600.00** |

| KARNAIL SINGH ||||||
|---|---|---|---|---|---|
| 8/8/2016 |  |  | 9/19/2016 |  |  |
| 8/9/2016 |  |  | 9/20/2016 |  |  |
| 8/10/2016 |  |  | 9/21/2016 |  |  |
| 8/11/2016 |  |  | 9/22/2016 | 1 |  |
| 8/12/2016 |  | This week's | 9/23/2016 | 1 | This week's |
| 8/13/2016 |  | overtime hours: | 9/24/2016 | 1 | overtime hours: |
| 8/14/2016 |  | None | 9/25/2016 |  | None |
| 8/15/2016 |  |  | 9/26/2016 |  |  |
| 8/16/2016 |  |  | 9/27/2016 |  |  |
| 8/17/2016 |  |  | 9/28/2016 |  |  |
| 8/18/2016 |  |  | 9/29/2016 |  |  |
| 8/19/2016 |  | This week's | 9/30/2016 |  | This week's |
| 8/20/2016 | 1 | overtime hours: | 10/1/2016 |  | overtime hours: |
| 8/21/2016 |  | None | 10/2/2016 |  | None |
| 8/22/2016 | 1 |  | 10/3/2016 |  |  |
| 8/23/2016 | 1 |  | 10/4/2016 |  |  |
| 8/24/2016 | 1 |  | 10/5/2016 | 1 |  |
| 8/25/2016 | 1 |  | 10/6/2016 | 1 |  |
| 8/26/2016 | 1 | This week's | 10/7/2016 | 1 | This week's |
| 8/27/2016 |  | overtime hours: | 10/8/2016 |  | overtime hours: |
| 8/28/2016 |  | None | 10/9/2016 |  | None |
| 8/29/2016 | 1 |  | 10/10/2016 |  |  |
| 8/30/2016 |  |  | 10/11/2016 |  |  |
| 8/31/2016 | 1 |  | 10/12/2016 |  |  |
| 9/1/2016 |  |  | 10/13/2016 |  |  |
| 9/2/2016 |  | This week's | 10/14/2016 |  | This week's |
| 9/3/2016 |  | overtime hours: | 10/15/2016 |  | overtime hours: |
| 9/4/2016 |  | None | 10/16/2016 |  | None |
| 9/5/2016 |  |  |  |  |  |
| 9/6/2016 |  |  |  |  |  |
| 9/7/2016 |  |  |  |  |  |
| 9/8/2016 |  |  | Number of days on which |  |  |
| 9/9/2016 |  | This week's | work was performed: |  | 17 |
| 9/10/2016 |  | overtime hours: | 8-hour equivalent "days" |  | 17 |
| 9/11/2016 |  | None |  |  |  |
| 9/12/2016 |  |  | **Total overtime hours:** |  | **0** |
| 9/13/2016 |  |  |  |  |  |
| 9/14/2016 |  |  | Promised Rate: |  | $300.00 |
| 9/15/2016 | 1 |  | Unpaid Wages: |  | $5,100.00 |
| 9/16/2016 | 1 | This week's | Overtime Premiums: |  | $0.00 |
| 9/17/2016 | 1 | overtime hours: | Liquidated Damages: |  | $0.00 |
| 9/18/2016 |  | None | **Total Damages:** |  | **$5,100.00** |

16

| | | | | | | |
|---|---|---|---|---|---|---|
| | colspan 6: **KUNDAN LAL** | | | | | |
| 8/8/2016 | 1 | | 9/19/2016 | | | |
| 8/9/2016 | 1 | | 9/20/2016 | | | |
| 8/10/2016 | | | 9/21/2016 | | | |
| 8/11/2016 | 1 | | 9/22/2016 | | | |
| 8/12/2016 | 1 | This week's | 9/23/2016 | | This week's | |
| 8/13/2016 | 1 | overtime hours: | 9/24/2016 | | overtime hours: | |
| 8/14/2016 | | **None** | 9/25/2016 | | **None** | |
| 8/15/2016 | | | 9/26/2016 | | | |
| 8/16/2016 | | | 9/27/2016 | | | |
| 8/17/2016 | 1 | | 9/28/2016 | | | |
| 8/18/2016 | 1 | | 9/29/2016 | | | |
| 8/19/2016 | 1 | This week's | 9/30/2016 | | This week's | |
| 8/20/2016 | | overtime hours: | 10/1/2016 | | overtime hours: | |
| 8/21/2016 | | **None** | 10/2/2016 | | **None** | |
| 8/22/2016 | 1 | | 10/3/2016 | | | |
| 8/23/2016 | | | 10/4/2016 | | | |
| 8/24/2016 | 1 | | 10/5/2016 | | | |
| 8/25/2016 | 1 | | 10/6/2016 | | | |
| 8/26/2016 | 1 | This week's | 10/7/2016 | | This week's | |
| 8/27/2016 | 1 | overtime hours: | 10/8/2016 | | overtime hours: | |
| 8/28/2016 | | **None** | 10/9/2016 | | **None** | |
| 8/29/2016 | 1 | | 10/10/2016 | | | |
| 8/30/2016 | 1 | | 10/11/2016 | | | |
| 8/31/2016 | 1 | | 10/12/2016 | | | |
| 9/1/2016 | | | 10/13/2016 | | | |
| 9/2/2016 | 1 | This week's | 10/14/2016 | | This week's | |
| 9/3/2016 | 1 | overtime hours: | 10/15/2016 | | overtime hours: | |
| 9/4/2016 | | **None** | 10/16/2016 | | **None** | |
| 9/5/2016 | | | | | | |
| 9/6/2016 | | | | | | |
| 9/7/2016 | 1 | | | | | |
| 9/8/2016 | 1 | | Number of days on which work was performed: | | | 22 |
| 9/9/2016 | | This week's | | | | |
| 9/10/2016 | 1 | overtime hours: | 8-hour equivalent "days" | | | 22 |
| 9/11/2016 | | **None** | | | | |
| 9/12/2016 | | | **Total overtime hours:** | | | **0** |
| 9/13/2016 | | | | | | |
| 9/14/2016 | | | Promised Rate: | | | $300.00 |
| 9/15/2016 | | | Unpaid Wages: | | | $6,600.00 |
| 9/16/2016 | | This week's | Overtime Premiums: | | | $0.00 |
| 9/17/2016 | | overtime hours: | Liquidated Damages: | | | $0.00 |
| 9/18/2016 | 1 | **None** | **Total Damages:** | | | **$6,600.00** |

17